UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DONALD DAVID,
    Plaintiff,

v.                                                           Civil Action No.: 1:17-cv-12247-IT

KEOLIS COMMUTER SERVICES, LLC,
    Defendant.

## SETTLEMENT ORDER OF DISMISSAL

TALWANI, D. J.

The Court having been advised on October 24, 2019, that the above-entitled action has been settled;

**IT IS ORDERED** that this action is hereby dismissed, without costs and without prejudice to the right of any party, to reopen the action within thirty (30) days if settlement is not consummated.

                                                               **By the Court,**

Dated: October 24, 2019                      **/s/Gail A. Marchione,**
                                                                **Courtroom Deputy Clerk**